# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC WEISSER, Individually and on Behalf of All Others Similarly Situated, | § § § § § | |
| *Plaintiff*, | | |
| VS. | § § § § § § | CIVIL ACTION NO. SA-26-CV-297-FB |
| WHITE BARN HOME BUYERS LLC, | | |
| *Defendant*. | | |

### ORDER OF TRANSFER AND REASSIGNMENT TO THE DOCKET OF THE HONORABLE MICAELA ALVAREZ

Before the Court is the status of the above styled and numbered cause.

IT IS HEREBY ORDERED that the above styled and numbered cause is TRANSFERRED and REASSIGNED from the docket of the undersigned to the docket of the Honorable Micaela Alvarez, Senior United States District Judge for the Western District of Texas, San Antonio Division.

It is so ORDERED.

SIGNED this 27th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE