# UNITED STATES DISTRICT COURT

for the
Western District of Texas, San Antonio Division

| | | |
|---|---|---|
| **ERIC WEISSER, individually and on behalf of all others similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) | Civil Action No. 5:26-cv-297 |
| v. | ) ) | |
| **WHITE BARN HOME BUYERS LLC** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Ryan Schedler, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 2, 2026, at 9:36 am. I delivered these documents to WHITE BARN HOME BUYERS LLC in Travis County, TX on February 4, 2026 at 5:33 pm at 5900 Balcones Dr, Ste 100, Austin, TX 78731-4298 by leaving the following documents with Jessica Paddon who as Document Processor at Registered Agents Inc. is authorized by appointment or by law to receive service of process for WHITE BARN HOME BUYERS LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, STANDING ORDER IN CIVIL CASES ASSIGNED TO JUDGE FRED BIERY

Race: Hispanic or Latino, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.341605,-97.7550716667
Photograph: See Exhibit 1

Total Cost: $190.00

My name is Ryan Schedler, I am 18 years of age or older, and my address is 711 West 32nd Street, Austin, TX 78705, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Travis County_____,

_TX_____ on __2/7/2026_____.

/s/ *Ryan Schedler*
_____
Ryan Schedler
+1 (972) 979-8801
Certification Number: PSC-20036
Expiration Date: 9/30/2027

