#### IN THE UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF TEXAS
#### AT SAN ANTONIO

| | |
|---|---|
| ERIC WEISSER, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br>    v.<br><br>WHITE BARN HOME BUYERS LLC<br><br>                            Defendant. | Case No.<br><br>5:26-CV-297<br><br>**JURY TRIAL DEMANDED** |

COMES NOW Plaintiff Eric Weisser, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant White Barn Home Buyers LLC, in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint naming Defendant on January 21, 2026. (See ECF No. 1.) Defendant was served on February 2, 2026. (See ECF No. 8.) Accordingly, Defendant's responsive pleading was due on February 23, 2026. Defendant did not file a response as of March 13, 2026. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant once default has been entered.

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this March 13, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com