UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**March 16, 2026**

Eric Weisser

      Plaintiff,

V.                                              5:26-CV-00297-MA

White Barn Home Buyers LLC

      Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

**White Barn Home Buyers LLC**

                                        PHILIP J. DEVLIN, CLERK
                                        UNITED STATES DISTRICT COURT

                                        By:_____
                                        Natasha A. Martinez, Deputy Clerk