# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AT SAN ANTONIO

| | |
|---|---|
| ERIC WEISSER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>WHITE BARN HOME BUYERS LLC<br><br>     Defendant. | Case No.<br><br>5:26-CV-297<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Eric Weisser, and respectfully voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this April 25, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: April 25, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
